

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Carolyn Rodriguez, Appellant

No. 06-25-00020-CR          v.

The State of Texas, Appellee

Appeal from the County Criminal Court No. 9 of Tarrant County, Texas (Tr. Ct. No. 1832044). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the heading "Judgment of Conviction by Court – Waiver of Jury Trial" and replacing it with "Judgment of Conviction by Jury." As modified, we affirm the judgment of the trial court.

We further order that the appellant, Carolyn Rodriguez, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 24, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk